IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KELVIN MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:20cv252-MHT |
| | ) | (WO) |
| TOWN OF HAYNEVILLE, | ) | |
| ALABAMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendants Town of Hayneville, Alabama, Justin Pouncey, Sharon Reeves, Cynthia McDonald, and Lula Tyson-Bailey's motion for summary judgment (Doc. 44) is granted in part and denied in part.

(2) Said motion is granted as to plaintiff Kelvin Mitchell's FLSA overtime claim against defendant Town of Hayneville; his state breach-of-contract claim against defendant Town of Hayneville; and his First Amendment retaliation claim to the extent it is against defendant

Justin Pouncey.  Summary judgment is entered in favor of these defendants and against plaintiff Mitchell to this extent.  Defendant Pouncey is terminated as a party.

(3) Said motion is denied as to (a) plaintiff Mitchell's procedural-due-process claim against defendant Town of Hayneville for nominal damages and equitable relief; (b) his First Amendment retaliation claim against defendant Town of Hayneville for nominal damages and equitable relief, and against defendants Reeves, McDonald, and Tyson-Bailey for nominal and punitive damages; and (c) his wrongful-termination claim against defendant Town of Hayneville for equitable relief.  Said motion is granted and summary judgment is entered against plaintiff Mitchell and in favor of these defendants in all other respects (including limitations on relief) as to these claims.

(4) Trial will proceed to the extent summary judgment has been denied against defendants.

3

**This case is not closed.**

**DONE, this the 6th day of February, 2023.**

                                       /s/ Myron H. Thompson  
                                  **UNITED STATES DISTRICT JUDGE**