IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KELVIN MITCHELL,              )
                              )
      Plaintiff,              )
                              )    CIVIL ACTION NO.
      v.                      )     2:20cv252-MHT
                              )         (WO)
TOWN OF HAYNEVILLE,           )
ALABAMA, et al.,              )
                              )
      Defendants.             )
```

## ORDER

Based on the representations made on the record on
February 8, 2023, and in light of the appeal filed in
this case on February 15, 2023 (Doc. 93), it is ORDERED
that:

(1) The stay of this case is continued.

(2) All pending motions are denied with leave to
renew after the appeal.

(3) This case is closed administratively pending the
appeal.

DONE, this the 16th day of February, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE