IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KELVIN MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:20cv252-MHT |
| ) | (WO) |
| TOWN OF HAYNEVILLE, ) | |
| ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

It is ORDERED that the court will not take any action pursuant to the joint stipulation of dismissal (Doc. 99) until after the appeal has been dismissed.

DONE, this the 5th day of June, 2023.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE